# EXHIBIT 1



GML

PO Box 776, Gibraltar
Registration No. 6254

...to Place

...

...

...your various discussions with Michael Bradno and me, I can confirm as follows:-

GML will make available as a bonus pool ("Pool") 10% of all amounts it receives from Yukos Finance and Stichting Administratiekantoor Yukos International. For the avoidance of doubt, I confirm that the Pool will include monies received via Veteran to the extent that they are distributed to GML via Yukos Universal Ltd and not retained in Veteran for Veteran's own purposes. To the extent any distributions to shareholders are made from the Yukos CIS structure the same principle will apply.

All such sums/bonuses must be paid from this Pool, i.e. if the Board committee bonuses should be paid to all or any of the Yukos Finance Group and/or Foundation, advisers or employees, then such sums must be paid from the Pool. Whether that is by allocation of a set amount paid off the top and/or a percentage of the Pool, is up to the Board.

Subject to 2. above and subject to any subsequent events which we feel require further amendment to these percentages, we believe that the Pool should be divided 32.5% to you, 32.5% to Dave, 20% to Steve, 7.5% to Michel and 7.5% to Marc.

If for tax reasons it is more efficient to pay the bonuses directly from the relevant company or foundation that is fine on the understanding no such payments will be made in advance of receipt of distributions by GML.

Subject to seeing particular proposals, we have no objection in principle to accommodating individual payment preferences, e.g. to a trust rather than to the individual.

I think is clear but if you or any other member of the Foundation do have any questions or comments let me know.

...sincerely