UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| YUKOS CAPITAL S.A.R.L., *et al.*, | § § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | C.A. No. 15-4964-LAK |
| DANIEL CALEB FELDMAN, | § § § | **REQUEST FOR ISSUANCE OF SUMMONS** |
| *Defendant*. | § § | |
| DANIEL CALEB FELDMAN, | § § § | |
| *Counterclaim-Plaintiff*, | § § | |
| v. | § § | |
| YUKOS CAPITAL S.A.R.L., YUKOS HYDROCARBONS INVESTMENTS LIMITED, STICHTING ADMINISTRATIEKANTOOR YUKOS INTERNATIONAL, STICHTING ADMINISTRATIEKANTOOR FINANCIAL PERFORMANCE HOLDINGS, LUXTONA LIMITED and MARC FLEISCHMAN, TRUSTEE OF THE 20015 SECURITY TRUST, as successor in interest to the 2004 SECURITY TRUST, | § § § § § § § § § § § § § § | |
| *Counterclaim-Defendants*. | § § | |
| DANIEL CALEB FELDMAN, | § § § | |
| *Third-Party Plaintiff*, | § § | |
| v. | § § | |
| DAVID GODFREY, STEVEN THEEDE, MARC FLEISCHMAN, BRUCE | § § § | |

| | |
|---|---|
| MISAMORE, MICHEL de GUILLENCHMIDT, GRETCHEN KING, FINANCIAL PERFORMANCE HOLDINGS B.V., FAIR OAKS TRADE AND INVEST LIMITED and DIRECTORS PROTECTION LTD, SOLELY IN ITS CAPACITY AS THE TRUSTEE FOR THE DIRECTORS PROTECT TRUST, | § § § § § § § § § § § |
| *Third-Party Defendants*. | |

NOW COMES Third-Party Plaintiff, Daniel Caleb Feldman, by and through his undersigned counsel and requests that Summonses be issued upon the Third Party Defendants, as identified in the attached rider, in the above-referenced case.

Dated: July 21, 2015

    Respectfully submitted,

    BAILEY & GLASSER, LLP

    /s/ Athanasios Basdekis
    Athanasios Basdekis (AB2574)
    Brian A. Glasser (*pro hac vice* forthcoming)
    Russell M. Soloway (*pro hac vice* forthcoming)
    209 Capitol Street
    Charleston, WV 25301
    (304) 345-6555 (telephone)
    (304) 342-1110 (facsimile)
    tbasdekis@baileyglasser.com
    bglasser@baileyglasser.com
    rsoloway@baileyglasser.com

    *Counsel for Defendant, Counterclaim Plaintiff and Third-Party Plaintiff Daniel Caleb Feldman*

# RIDER TO
# REQUEST FOR ISSUANCE OF SUMMONS

David Godfrey
2051 Vistazo East Street
Tiburon, CA 94920

Steven Theede
5498 Lynbrook Drive
Houston, Texas 77056

Marc Fleischman
310 7th Street
Del Mar, California 92104

Bruce Misamore
13402 Pinnacle Place
Houston, Texas 77069

Michel de Guillenchmidt
69 Rue de Grenelle
Paris, France
FR-75007

Gretchen King
London, England

Financial Performance Holdings, B.V.
De Boelelaan7
1083 HJ Amsterdam, Netherlands

Fair Oaks Trade and Investment Limited
Trident Chambers
P. O. Box 146, Road Town
Tortola, British Virgin Islands

Directors Protection Ltd
Romasco Place
Wickhamskcay #1, Road Town
Tortolla, British Virgin Islands

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| YUKOS CAPITAL, S.A.R.L. et al., <br> *Plaintiff* <br> v. <br> DANIEL CALEB FELDMAN, <br> *Defendant, Third-party plaintiff* <br> v. <br> DAVID GODFREY, et al., <br> *Third-party defendant* | ) ) ) ) ) ) ) ) ) | Civil Action  No.  15-4964-LAK |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*

    A lawsuit has been filed against defendant   Daniel Caleb Feldman  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Yukos Capital S.A.R.L., et al  .

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
        Athanasios Basdekis
        Bailey & Glasser LLP
        209 Capitol Street, Charleston, WV 25301

    It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Mary E. Flynn
        Morrison Cohen LLP
        909 Third Avenue, New York, NY 10022

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

                                              *CLERK OF COURT*

                                              _____
                                              *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No. 15-4964-LAK

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc: