# EXHIBIT 1

## EXHIBIT 1:  PROCEDURAL HISTORY

Defendant filed his initial Answer, Counterclaim and Third-Party Complaint on July 21, 2015.  (Dkt. # 9).   Plaintiffs moved to dismiss.  (Dkt. # 25).    The Court dismissed all but count two of Defendant's Third-party Complaint, and dismissed all claims against Third-party Defendant, Bruce Misamore in decisions dated January 7, 2016, and January 8, 2016, respectively.  (Dkt. ## 115, 117 and 122).  On January 28, 2016, Defendant filed his Answer and First Amended Counterclaim and Third-party Complaint.  (Dkt. # 124).  On February 16, 2016, Plaintiffs moved to dismiss the amended counterclaims and third-party claims under the Stored Communications Act and for defamation.  (Dkt. # 130).  On March 15, 2016, Plaintiffs filed their First Amended Complaint.  (Dkt. # 146).  On March 24, 2016, Defendant filed a Second Amended Counterclaim and Third-party Complaint.  (Dkt. # 148).  On August 4, 2016, Defendant moved for partial summary judgment dismissing the First Amended Complaint.  (Dkt. # 199).

On September 14, 2016, the Court granted in part and denied in part Plaintiffs' motion to dismiss, basing its decision on the more-recently filed First Amended Counterclaims and Third-party Complaint.  (Dkt. # 225)    On September 28, 2016, Defendant filed a First Amended Answer to Amended Complaint and Second Amended Counterclaims and Third-party Complaint (Dkt. # 241).  On October 17, 2016, Plaintiffs moved for partial summary judgment dismissal of counts one and two of Defendant's Second Amended Counterclaims, and counts one, two and three, of Defendant's Amended Third-party Complaint. (Dkt. # 250-53).  On February 6, 2017, the Court granted Defendant's motion as to Plaintiffs Yukos Capital S.A.R.L. and Luxtona Limited, and denied it in all other respects, and specifically rejected Defendant's Statute of Limitations argument as to all of the surviving claims.  (Dkt. # 266).  On February 8, 2017, the

Court granted Plaintiffs' motion for partial summary judgment dismissing the remaining counts one and two of Defendant's Second Amended Complaint and dismissing the Third-Party Complaint in its entirety. (Dkt. # 267).