# EXHIBIT 2



Yukos Group
Dutch Structure
As at 31 December 2007
(Wholly owned unless stated otherwise)

Yukos Group
Dutch Structure
<u>As at 31 October 2014</u>
(Wholly owned unless stated otherwise)



Yukos Group
Armenian Structure
<u>As at 31 December 2007</u>
(Wholly owned unless stated otherwise)



