# EXHIBIT 3

**Total Amount of Fees Received by Feldman from YHIL [1]**

| | Fees Received | Date Paid | Services Covered | Exhibit | Fees referable to: | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
| 1 | $241,000.00 [2] | 7-Jun-07 | Director's fees for 20 June 2006 - 19 June 2007 | Ex. 9 at FELDMANBG101; Ex. 126-28; Ex. 171 | $128,753.42 | $112,246.58 | | | | | |
| 2 | EUR55,582 $80,293.76 [3] | 31-Oct-07 | Partial payment of Director's fees for 19 June 2007 - 18 June 2008 (but calculated to 19 June 2008) | Ex. 9 at FELDMANBG102; Ex. 276; Ex. 171 | | $80,293.76 | | | | | |
| 2007 Total | $321,293.76 | | | | | | | | | | |
| 3 | EUR110,079.12 $162,245.61 [4] | 23-Jan-08 | Partial payment of Director's fees for 1 October 2007 - 18 June 2008 (but calculated to 19 June 2008). | Ex. 9 at FELDMANBG102; Ex. 134-135; 137-138; Ex. 171 | | $47,575.09 | $114,670.52 | | | | |
| 4 | EUR150,000.00 $237,675.00 [5] | 17-Jul-08 | Director's fees for 1 July 2008 - 19 June 2009 (but calculated from 20 June 08 to 19 June 09) | Ex. 167 at YUK0001352; Ex. 140-42; Ex. 171 | | | $126,977.05 | $110,697.95 | | | |
| 2008 Total | $399,920.61 | | | | | | | | | | |
| 5 | EUR 77,042.00 $109,661.58 [6] | 27-Jul-09 | Partial payment of director's fees for 20 June 2009 - 19 June 2010. | Ex. 9 at FELDMANBG103; Ex. 143-45; Ex. 171 | | | | $58,586.32 | $51,075.26 | | |
| 6 | $30,000.00 | 27-Jul-09 | Partial payment of director's fees for 20 June 2009 - 19 June 2010. | Ex. 9 at FELDMANBG103; Ex. 277; Ex. 171 | | | | $16,027.40 | $13,972.60 | | |
| 7 | $100,000.00 | 28-Jul-09 | Partial payment of director's fees for 20 June 2009 - 19 June 2010. | Ex. 9 at FELDMANBG103; Ex. 277; Ex. 171 | | | | $53,424.66 | $46,575.34 | | |
| 2009 Total | $239,661.58 | | | | | | | | | | |
| 8 | $239,994.00 | 7-Jul-10 | Director's fees for 20 June 2010 - 19 June 2011. | Ex 9 at FELDMANBG104; Ex. 109-10, 112; Ex.171 | | | | | $128,215.97 | $111,778.03 | |
| 2010 Total | $239,994.00 | | | | | | | | | | |
| 9 | $41,666.67 | 25-Jan-11 | Jan 2011 Fees | Ex. 10; Ex. 114; Ex. 171 | | | | | | $41,666.67 | |
| 10 | $41,666.67 | 4-Feb-11 | Feb 2011 Fees | Ex. 10; Ex. 115; Ex. 171 | | | | | | $41,666.67 | |
| 11 | $41,666.67 | 4-Mar-11 | Mar 2011 Fees | Ex. 10; Ex. 116; Ex. 171 | | | | | | $41,666.67 | |
| 12 | $41,666.67 | 4-Apr-11 | Apr 2011 Fees | Ex. 10; Ex. 117; Ex. 171 | | | | | | $41,666.67 | |
| 13 | $41,666.67 | 12-May-11 | May 2011 Fees | Ex. 10; Ex. 118; Ex. 171 | | | | | | $41,666.67 | |
| 14 | $41,666.67 | 2-Jun-11 | Jun 2011 Fees | Ex. 10; Ex. 119; Ex. 171 | | | | | | $41,666.67 | |
| 15 | $41,666.67 | 1-Jul-11 | July 2011 Fees | Ex. 10; Ex. 120; Ex. 171 | | | | | | $41,666.67 | |
| 16 | $41,666.67 | 1-Aug-11 | Aug 2011 Fees | Ex. 10; Ex. 121; Ex. 171 | | | | | | $41,666.67 | |
| 17 | $41,666.67 | 1-Sep-11 | Sept 2011 Fees | Ex. 10; Ex. 122; Ex. 171 | | | | | | $41,666.67 | |
| 18 | $41,666.67 | 3-Oct-11 | Oct 2011 Fees | Ex. 10; Ex. 123; Ex. 171 | | | | | | $41,666.67 | |
| 19 | $41,666.67 | 4-Nov-11 | Nov 2011 Fees | Ex. 10; Ex. 124; Ex. 171 | | | | | | $41,666.67 | |
| 20 | $41,666.67 | 1-Dec-11 | Dec 2011 Fees | Ex. 10; Ex. 125; Ex. 171 | | | | | | $41,666.67 | |
| 2011 Total | $500,000.04 | | | | | | | | | | |
| 21 | $41,666.67 | 9-Jan-12 | Jan 2012 Fees | Ex. 10; Ex. 146 | | | | | | | $41,666.67 |
| 22 | $41,666.67 | 1-Feb-12 | Feb 2012 Fees | Ex. 10; Ex. 147 | | | | | | | $41,666.67 |
| 23 | $41,666.67 | 1-Mar-12 | Mar 2012 Fees | Ex. 10; Ex. 148 | | | | | | | $41,666.67 |
| 24 | $41,666.67 | 2-Apr-12 | Apr 2012 Fees | Ex. 10; Ex. 149 | | | | | | | $41,666.67 |
| 25 | $41,666.67 | 2-May-12 | May 2011 Fees | Ex. 10; Ex. 150 | | | | | | | $41,666.67 |
| 26 | $41,666.67 | 5-Jun-12 | Jun 2012 Fees | Ex. 10; Ex. 151 | | | | | | | $41,666.67 |
| 27 | $41,666.67 | 2-Jul-12 | July 2012 Fees | Ex. 10; Ex. 152 | | | | | | | $41,666.67 |
| 28 | $41,666.67 | 1-Aug-12 | Aug 2012 Fees | Ex. 10; Ex. 153 | | | | | | | $41,666.67 |
| 29 | $41,666.67 | 4-Sep-12 | Sept 2012 Fees | Ex. 10; Ex. 154 | | | | | | | $41,666.67 |
| 2012 Total | $375,000.03 | | | | | | | | | | |
| **YHIL Total** | **$2,075,870.02** | | | | **$128,753.42** | **$240,115.43** | **$241,647.57** | **$238,736.32** | **$239,839.17** | **$611,778.07 [7]** | **$375,000.03** |

[1] The amounts in the table reflect the amount received by DF (after deduction of any bank charges). Where the amount paid was not in $US and the bank exchange rate is not available from the documentation, a conversion based on the daily historical exchage rate available from oanda.com has been used.
[2] On 1 March 2007 YHIL paid DF $120,500 (plus bank charges of $141) See Ex. 9; Ex. 131-33. On 13 April 2007, $120,493.98 was repaid by DF to YHIL: see Ex. 9; Ex. 129-30.
[3] $ amount based on historical exchange rate of 1.4446 as at 31 Oct 2007 (oanda.com).
[4] $ amount based on historical exchange rate of 1.4603 as at 23 Jan 2008 (oanda.com).
[5] $ amount based on historical exchange rate of 1.5845 as at 17 July 2008 (oanda.com).
[6] $ amount based on historical exchange rate of 1.4234 as at 27 July 2009 (oanda.com).
[7] Of the $111,778.07 overpayment, YHIL seeks only $110,465.75, as set out in the Complaint.

**Total Amount of Fees Received by Feldman from Yukos Capital SARL [8]**

| # | Year | Fees Received | Date Paid | Services Covered | Exhibit | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|------|---------------|-----------|------------------|---------|------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | Fees referable to: | | | | |
| 1 | 2007 | EUR 74,294.21 / $101,225.86 | 3-Jul-07 | Director's fees for Feb 1, 2007 - Dec 31, 2007. | Ex. 275 at FELDMAN0066295; Ex. 253 at YUK4598, YUK4600.001-YUK4600.002 | | $101,225.86 | | | | | | | |
| 2 | 2008 | $198,000.00 | 30-Jan-08 | Partial Director's fees for Jan 1, 2008 - Dec 31, 2008. | Ex. 275 at FELDMAN0066296; Ex. 253 at YUK4600 and YUK4602 | | | $198,000.00 | | | | | | |
| 3 | 2008 | $2,000.00 | 9-Apr-08 | Remaining Director's Fees for 2008. | Ex. 275 at FELDMAN0066296; Ex. 253 at YUK4600, YUK4603-5 | | | $2,000.00 | | | | | | |
| 4 | 2009 | EUR 158,000 [9] / $213,221.00 | 6-Jan-09 | Director's Fees for Jan 1, 2009 - Dec 31, 2009. | Ex. 275 at FELDMAN0066297; Ex. 253 at YUK4607-10 | | | | $213,221.00 | | | | | |
| 5 | 2010 | EUR 147,362 [10] / $198,923.96 | 25-Feb-10 | Director's Fees for Jan 1, 2010 - Dec 31, 2010. | Ex. 275 at FELDMAN0066298; Ex. 253 at YUK4611-13 | | | | | $198,923.96 | | | | |
| 6 | 2011 | $30,000.00 | 25-Aug-11 | Director's Fees for Jan 1, 2011 - Dec 31, 2011. | Ex. 275 at FELDMAN0066299; Ex. 253 at YUK4614-6 | | | | | | $30,000.00 | | | |
| 7 | 2012 | $30,000.00 | 3-Jan-12 | Director's Fees for Jan 1, 2012 - Dec 31, 2012. | Ex. 275 at FELDMAN0066300; Ex. 253 at YUK4617-8 | | | | | | | $30,000.00 | | |
| 8 | 2013 | $30,000.00 | 17-Jan-13 | Director's Fees for Jan 1, 2013 - Dec 31, 2013. | Ex. 275 at FELDMAN0066300; Ex. 253 at YUK4619-21 | | | | | | | | $30,000.00 | |
| 9 | 2014 | $30,000.00 | 7-Jan-14 | Director's Fees for Jan 1, 2014 - Dec 31, 2014. | Ex. 275 at FELDMAN0066300; Ex. 253 at YUK4622-24 | | | | | | | | | $30,000.00 |
| **YC TOTAL** | | **$833,370.82** | | | | **$0.00** | **$101,225.86** | **$200,000.00** | **$213,221.00** | **$198,923.96** | **$30,000.00** | **$30,000.00** | **$30,000.00** | **$30,000.00** |

[8] Amounts paid to DF by Yukos Capital SARL were net of Luxembourg tax.
[9] $ amount based on historical exchange rate of 1.3495 as at 6 January 2009 (oanda.com).
[10] $ amount based on historical exchange rate of 1.3499 as at 25 February 2010 (oanda.com).

**Total Amount of Fees Received by Feldman from Mojave East Management Pte Ltd**

| | Year | Fee | Date Paid | Services Covered | Exhibit | Fee referable to: | |
|---|---|---|---|---|---|---|---|
| | | | | | | 2013 | 2014 |
| 1 | 2013 | $41,666.66 | 8-May-13 | May 2013 Fees | Ex. 254 at YUK4580 | $41,666.66 | |
| 2 | 2013 | $41,666.66 | 31-May-13 | Jun 2013 Fees | Ex. 254 at YUK4581 | $41,666.66 | |
| 3 | 2013 | $41,666.66 | 28-Jun-13 | July 2013 Fees | Ex. 254 at YUK4582 | $41,666.66 | |
| 4 | 2013 | $41,666.66 | 31-Jul-13 | Aug 2013 Fees | Ex. 254 at YUK4583 | $41,666.66 | |
| 5 | 2013 | $41,666.66 | 30-Aug-13 | Sept 2013 Fees | Ex. 254 at YUK4584 | $41,666.66 | |
| 6 | 2013 | $41,666.66 | 30-Sep-13 | Oct 2013 Fees | Ex. 254 at YUK4585 | $41,666.66 | |
| 7 | 2013 | $41,666.66 | 31-Oct-13 | Nov 2013 Fees | Ex. 254 at YUK4586 | $41,666.66 | |
| 8 | 2013 | $41,666.66 | 29-Nov-13 | Dec 2013 Fees | Ex. 254 at YUK4587 | $41,666.66 | |
| 9 | 2013 | $41,666.66 | 31-Dec-13 | Jan 2014 Fees | Ex. 254 at YUK4588 | | $41,666.66 |
| | 2013 TOTAL | $374,999.94 | | | | | |
| 10 | 2014 | $41,666.66 | 31-Jan-14 | Feb 2014 Fees | Ex. 254 at YUK4589 | | $41,666.66 |
| 11 | 2014 | $41,666.66 | 28-Feb-14 | Mar 2014 Fees | Ex. 254 at YUK4590 | | $41,666.66 |
| 12 | 2014 | $41,666.66 | 31-Mar-14 | Apr 2014 Fees | Ex. 254 at YUK4591 | | $41,666.66 |
| 13 | 2014 | $41,666.66 | 30-Apr-14 | May 2014 Fees | Ex. 254 at YUK4592 | | $41,666.66 |
| 14 | 2014 | $41,666.66 | 30-May-14 | Jun 2014 Fees | Ex. 254 at YUK4593 | | $41,666.66 |
| 15 | 2014 | $41,666.66 | 30-Jun-14 | July 2014 Fees | Ex. 254 at YUK4594 | | $41,666.66 |
| 16 | 2014 | $41,666.66 | 31-Jul-14 | Aug 2014 Fees | Ex. 254 at YUK4595 | | $41,666.66 |
| 17 | 2014 | $41,666.66 | 29-Aug-14 | Sept 2014 Fees | Ex. 254 at YUK4596 | | $41,666.66 |
| 18 | 2014 | $41,666.66 | 30-Sep-14 | Oct 2014 Fees | Ex. 254 at YUK4597 | | $41,666.66 |
| | 2014 TOTAL | $374,999.94 | | | | | |
| | **MOJAVE TOTAL** | **$749,999.88** | | | | **$333,333.28** | **$416,666.60** |

**Total Fees**

**Fees by date of payment**

| | | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total Fee Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YHIL Total | $321,293.76 | $399,920.61 | $239,661.58 | $239,994.00 | $590,000.04 | $375,000.03 | 0 | 0 | $2,075,870.02 |
| 2 | YHIL Total Claimed | $5,710.80 | $399,920.61 | $239,661.58 | $239,994.00 | $590,000.04 | $375,000.03 | 0 | 0 | $1,760,287.06 |
| 3 | Yukos Capital Total | $101,225.86 | $200,000.00 | $213,221.00 | $198,923.96 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $833,370.82 |
| 4 | Yukos Capital Total Claimed [13] | 0 | $200,000.00 | $213,221.00 | $198,923.96 | $0.00 | $0.00 | $0.00 | $0.00 | $612,144.96 |
| 5 | Mojave Total | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $374,999.94 | $374,999.94 | $749,999.88 |
| 6 | Mojave Total Claimed [14] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $112,499.98 | $112,499.98 | $224,999.96 |
| 7 | **Total Fees** | $422,519.62 | $599,920.61 | $452,882.58 | $438,917.96 | $530,000.04 | $405,000.03 | $404,999.94 | $404,999.94 | $3,659,240.72 |
| 8 | **Total Claimed** | **$5,710.80** | **$599,920.61** | **$452,882.58** | **$438,917.96** | **$590,000.04** | **$375,000.03** | **$112,499.98** | **$112,499.98** | **$2,597,431.98** |

[11] Of the $ 111,778.07 overpayment, YHIL seeks only $ 110,465.75, as set out in the Complaint.
[12] Amount claimed limited to the period 12 October - 31 December 2007.
[13] Claimed amounts limited to fees referable to years 2008-2010, which amounts were reimbursed by Fair Oaks/YHIL.
[14] Claimed amounts limited to 30% of total fees, which amounts were charged to Yukos Capital SARL and then reimbursed by YHIL.

**Fees by date of services rendered**

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 [11] | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | $128,753.42 | $240,115.43 | $241,647.57 | $238,736.32 | $239,839.17 | $611,778.07 | $375,000.03 | $0.00 | $0.00 | $2,075,870.02 |
| | $0.00 | $53,285.89 [12] | $241,647.57 | $238,736.32 | $239,839.17 | $611,778.07 | $375,000.03 | $0.00 | $0.00 | $1,760,287.06 |
| | $0.00 | $101,225.86 | $200,000.00 | $213,221.00 | $198,923.96 | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $833,370.82 |
| | $0.00 | $0.00 | $200,000.00 | $213,221.00 | $198,923.96 | $0.00 | $0.00 | $0.00 | $0.00 | $612,144.96 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $333,333.28 | $416,666.60 | $749,999.88 |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $99,999.98 | $124,999.98 | $224,999.96 |
| Total Fee | $128,753.42 | $341,341.29 | $441,647.57 | $451,957.32 | $438,763.13 | $641,778.07 | $405,000.03 | $363,333.28 | $446,666.60 | $3,659,240.72 |
| **Total Claimed** | **$0.00** | **$53,285.89** | **$441,647.57** | **$451,957.32** | **$438,763.13** | **$611,778.07** | **$375,000.03** | **$99,999.98** | **$124,999.98** | **$2,597,431.98** |

**Fees for services rendered by Daniel Feldman from June 2006 for YHIL, Luxtona Ltd, Mojave and Yukos Capital and not claimed by Plaintiffs in this Action**

| | Description of fees | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | YHIL | $128,753.42 | $186,829.54 | | | | | | | | $315,582.96 |
| 2 | Luxtona Ltd | | | | | | | $125,000.00 | $166,667.00 | | $291,667.00 |
| 3 | Mojave | | | | | | | | $233,333.30 | $291,666.62 | $524,999.92 |
| 4 | Yukos Capital | | $101,225.86 | | | | $30,000.00 | $30,000.00 | $30,000.00 | $30,000.00 | $221,225.86 |
| | | | | | | | | | | | |
| Total | | $128,753.42 | $288,055.40 | $0.00 | $0.00 | $0.00 | $30,000.00 | $155,000.00 | $430,000.30 | $321,666.62 | $1,353,475.74 |