UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUKOS CAPITAL SARL, YUKOS HYDROCARBONS INVESTMENTS LIMITED, STICHTING ADMINISTRATIEKANTOOR YUKOS INTERNATIONAL, STICHTING ADMINISTRATIEKANTOOR FINANCIAL PERFORMANCE HOLDINGS, LUXTONA LIMITED and MARC FLEISCHMAN, TRUSTEE OF THE 2015 SECURITY TRUST, as successor in interest to the 2004 SECURITY TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>DANIEL CALEB FELDMAN,<br><br>Defendant. | Civil Action No.: 1:15-cv-04964-LAK |

NOTICE OF OF NON-PARTY
ALLIANCEBERNSTEIN L.P.'S  MOTION TO QUASH SUBPOENA

PLEASE TAKE NOTICE that upon the accompanyng Memorandum of Law in Support of Non-Party AllianceBernstein L.P.'s  Motion to Quash Subpoena, dated October 23, 2017, and accompanying exhibits, non-party AllianceBernstein L.P. ("AllianceBernstein"), by its undersigned counsel, will move the Honorable Lewis A. Kaplan, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, on a date to be determined by the Court, if any, for an order (i) granting this

Motion; (ii) quashing the subpoena issued by Defendant Daniel Caleb Feldman on AllianceBernstein; and (iii) ordering any such further relief that the Court deems just and proper.

Dated: October 23, 2017

                      Respectfully submitted,

                      s/ *Sean M. Murphy*
                      MILBANK, TWEED, HADLEY & McCLOY LLP
                      Sean M. Murphy
                      28 Liberty Street
                      New York, NY 10005
                      Telephone: 212-530-5688
                      Facsimile: 212-822-5688
                      Email:  smurphy@milbank.com

                      *Attorney for Non-Party AllianceBernstein L.P.*

## CERTIFICATE OF SERVICE

I certify that on October 23, 2017, true and correct copies of the foregoing **NOTICE OF NON-PARTY ALLIANCEBERNSTEIN L.P.'S  MOTION TO QUASH SUBPOENA** were served via the Case Management/Electronic Case Filing (CM/ECF) system on all parties registered for CM/ECF in the above-captioned matters.

                                                      /s/ *Sean M. Murphy*
                                                          Sean M. Murphy