```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JAN - 5 2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
YUKOS CAPITAL S.A.R.L., et al.,

          Plaintiffs,

          -against-                                      15-cv-4964 (LAK)

DANIEL CALEB FELDMAN,

          Defendant-Third Party Plaintiff,

          -against-

DAVID GODFREY, et al.,

          Third-Party Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER SETTING TRIAL DATE

LEWIS A. KAPLAN, *District Judge.*

      Counsel again have informed the Court as to the many commitments that lead counsel, associate counsel and various clients have with respect to other matters. Taking into account the Court's own commitments, it has become clear that no trial date can be set for the reasonably near future that would not inconvenience someone. This is especially so when dealing with counsel whose services are in demand.

      Having taken counsel's points into consideration, trial will commence November 6, 2018. The time limits previously imposed will be enforced. There will be no adjournments absent the most extraordinary circumstances.

      SO ORDERED.

Dated:    January 4, 2018

                                                                      _____
                                                                        Lewis A. Kaplan
                                                                  United States District Judge