UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YUKOS CAPITAL S.A.R.L., et al.,

        Plaintiffs,

-against-

DANIEL CALEB FELDMAN,

        Defendant.

---

DANIEL CALEB FELDMAN,

        Counterclaim-Plaintiff,

-against-

YUKOS CAPITAL S.A.R.L., et al.,

        Counterclaim-Defendants.

---

DANIEL CALEB FELDMAN,

        Third-Party Plaintiff,

-against-

DAVID GODFREY, et al.,

        Third-Party Defendants.

Case No. 15-4964-LAK

**AFFIDAVIT OF SERVICE**

---

MICHAEL J. KENNELTY, being duly sworn, deposes and says:

    1.    I am not a party to this action. I am over 18 years of age and reside in the County of New York and State of New York.

    2.    I hereby certify that on the 26th day of January 2018, I caused a true and correct copy of Exhibit 2 to the Declaration of Jeffrey D. Brooks, dated January 26, 2018, to be served on:

Robert Glunt, Esq.
Mandel Bhandari, LLP
80 Pine Street
33rd Floor
New York, New York 10005

by causing to be deposited a true copy of same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of Federal Express within the State of New York.

_____
MICHAEL J. KENNELTY

Sworn to before me this
26th day of January, 2018

_____
NOTARY PUBLIC

MARIA E JONES
Notary Public, State of New York
No. 01JO6184782
Qualified in Bronx County
Commission Expires April 7, 20 20

2