# EXHIBIT A

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
[PROPOSED] PARTIES' STIPULATED STATEMENT OF FACTS

1.  Founded in 1993, Yukos Oil was a large energy company based in Moscow.

2.  Bruce Misamore, David Godfrey, Steven Theede, Marc Fleischman and Michel de Guillenchmidt, served as the Board of Directors for the Foundations until the summer of 2015.

3.  Defendant signed a Director's Appointment Agreement on January 17, 2011, memorializing the terms of his service as director of YHIL.

4.  Defendant served as trustee of the 2004 Security Trust from November 30, 2006, through October 3, 2013.

5.  After Feldman was removed as Trustee of the Trust, Marc Fleischman was appointed as Trustee.

6.  Intelligent Energy is a publicly listed company that trades on the London Stock Exchange.