# EXHIBIT C

<u>*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK</u>
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| A. | Undated | YHIL Memorandum titled: Termination of GE Law Services agreement and options for return of indemnity fund | YUKW3414 – YUKW3415 | |
| B. | 12/13/2006 | Intelligent Energy Holdings plc Proxy Form | FELDMAN-155817 | |
| C. | 12/22/2006 | Email from David Godfrey to Craig Smyser | FELDMAN-158890 | |
| D. | 1/2/2007 | Email from Craig Smyster to Daniel Feldman and others | FELDMAN-38339 | |
| E. | 1/2/2007 | Letter from Richard Cruse to Craig Smyser | FELDMAN-38340 – FELDMAN-38370 | |
| F. | 10/2/2007 | Email from Daniel Feldman to David Godfrey and others | FELDMAN-156219 | |
| G. | 12/20/2007 | YHIL Resolution in Writing | YUK1347 | |
| H. | 4/26/2008 | Email from Bruce Misamore to Daniel Feldman and others | YUKW1111 | |
| I. | 7/11/2008 | YHIL Resolution in Writing | YUK1352 | |
| J. | 8/19/2008 | Email from Daniel Feldman to Sergei Ketcha | FELDMAN-156694 – FELDMAN-156697 | |
| K. | 8/19/2008 | Email from Daniel Feldman to David Godfrey and others | FELDMAN-156693 | |
| L. | 8/20/2008 | Memorandum by Bernard O'Sullivan | FELDMAN-36023 – FELDMAN-36028 | Hearsay; Relevance. |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| M. | 8/23/2008 | Affidavit of Neoclis Neocleous | FELDMAN-42723 – FELDMAN-42739 | Hearsay; Relevance; Authenticity. |
| N. | 9/16/2008 | Email from Daniel Feldman to David Godfrey | YUKW724 | |
| O. | 9/16/2008 | Email from Daniel Feldman to Bob Foresman and others | FELDMAN-2303 | |
| P. | 9/18/2008 | Email from David Godfrey to Craig Smyser | FELDMAN-159386 – FELDMAN 159387 | |
| Q. | 10/8/2008 | Email from Daniel Feldman to David Godfrey | FELDMAN-156722 – FELDMAN-156723 | |
| R. | 10/9/2008 | Email from Daniel Feldman to David Godfrey and others | YUKC-25097 – YUKC-25098 | |
| S. | 10/20/2008 | Email from Daniel Feldman to David Godfrey | FELDMAN-156727 | |
| T. | 11/6/2008 | Email from Daniel Feldman to David Godfrey | FELDMAN-25365 | |
| U. | 12/4/2008 | Email from Daniel Feldman to David Godfrey and others | YUKC-25270 | |
| V. | 2/3/2009 | Email from David Godfrey to Rene van de Klift and others | FELDMAN-5397 – FELDMAN-5404 | Relevance as to pages 5398-5404 |
| W. | 2/13/2009 | Email from Bruce Misamore to David Godfrey and others | YUKW1944 – YUKW1945 | |

2

<u>Yukos Capital SARL et al. v. Feldman</u>, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| X. | 2/19/2009 | Email from Bruce Misamore to Daniel Feldman and others | YUKW1939 | |
| Y. | 2/26/2009 | Email from Ali Naini to Daniel Feldman and others | FELDMAN-160083 | |
| Z. | 3/5/2009 | Email from David Godfrey to Ali Naini and others | FELDMAN-81248 | |
| AA. | 3/19/2009 | Email from David Godfrey to Daniel Feldman | YUKC-26153 – YUKC26154 | |
| BB. | 6/30/2009 | Email from Daniel Feldman to Bruce Misamore and others | FELDMAN-2456 | |
| CC. | 7/16/2009 | Email from Daniel Feldman to David Godfrey | YUKC27041 | |
| DD. | 7/22/2009 | Letter to Yukos International UK B.V from Rian Urding, CFO of Intelligent Energy | FELDMAN-160354 | |
| EE. | 7/23/2009 | YHIL Resolution in Writing | YUK1348 | |
| FF. | 8/23/2009 | Email from David Godfrey to Daniel Feldman and others | FELDMAN-42721 – FELDMAN-42722 | Relevance |
| GG. | 9/10/2009 | Email from Keith Biancamano to Bruce Misamore and others | YUKW2193 – YUKW2194 | |
| HH. | 10/3/2009 | Email from Sergei Ketcha to Martin Parr | YUK1176 – YUK1177 | |
| II. | 5/27/2010 | YHIL Resolution in Writing | YUK1349 | |
| JJ. | 1/3/2011 | Director's Appointment Agreement | YUK1333 | |
| KK. | 1/5/2011 | Email from Daniel Feldman to David Godfrey | FELDMAN-29014 | |
| LL. | 1/17/2011 | YHIL Resolution in Writing | YUK1334 | |

3

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| MM. | 8/10/2011 | Memorandum Titled: Directors Duties in the British Virgin Islands | FELDMAN-161402 – FELDMAN-161405 | |
| NN. | 8/17/2011 | Memorandum Titled: Advice relating to bonus payments by a BVI Business Company | YUKC-4721 – YUKC-4725 | |
| OO. | 1/13/2012 | Email from Daniel Feldman to David Godfrey | FELDMAN-157521 | |
| PP. | 7/24/2012 | Email from Daniel Feldman to David Godfrey | FELDMAN-157558 | |
| QQ. | 11/11/2012 | Email from Daniel Feldman to Martin Parr and others | YUKC38508 | |
| RR. | 7/2/2013 | Email from Martin Parr to David Godfrey | YUK1256 – YUK1258 | |
| SS. | 7/30/2013 | Email from David Godfrey to Daniel Feldman | FELDMAN-155406 | |
| TT. | 12/16/2013 | Email from Martin Parr to David Godfrey | YUK2906 – YUK2908 | |
| UU. | 12/18/2013 | Email from Daniel Feldman to David Godfrey | FELDMAN-33389 – FELDMAN-33393 | |
| VV. | 12/18/2013 | Email from Martin Parr to David Godfrey | YUK445 – YUK446 | |
| WW. | 1/7/2014 | Email from Martin Parr to David Godfrey | YUKC-42921 | |
| XX. | 3/12/2014 | Email from Steven Theede to David Godfrey | YUK3796 | |
| YY. | | (intentionally left blank) | | |
| ZZ. | | (intentionally left blank) | | |
| AAA. | | (intentionally left blank) | | |

<u>Yukos Capital SARL et al. v. Feldman</u>, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| BBB. | | (intentionally left blank) | | |
| CCC. | | (intentionally left blank) | | |
| DDD. | | (intentionally left blank) | | |
| EEE. | | (intentionally left blank) | | |
| FFF. | | (intentionally left blank) | | |
| GGG. | | (intentionally left blank) | | |
| HHH. | | (intentionally left blank) | | |
| III. | | (intentionally left blank) | | |
| JJJ. | | (intentionally left blank) | | |
| KKK. | | (intentionally left blank) | | |
| LLL. | 12/16/2014 | Minutes of the Thirty-Ninth Meeting of The Board of Directors of Stichting Administratiekantoor Financial Performance Holdings | YUKW4259 – YUKW4265 | Relevance |
| MMM. | 6/18/2015 | Email from Ali Naini to Bernard O'Sullivan and others | YUK185 – YUK187 | Hearsay; Relevance |
| NNN. | 5/11/2009 | Meeting summary titled "Meeting with Daniel Feldman and Dmiti Merinson" | YUKJB-0000076 | |
| OOO. | 11/4/2009 | Julius Bär File Note titled "Meeting with Dmiti Merinson" | YUKJB-0000077 – YUKJB-0000078 | |

5

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| PPP. | 11/5/2009 | Email from Dmitri Merinson to Louise Yerbury | YUKJB-0000080 – YUKJB-0000081 | Incomplete; Hearsay |
| QQQ. | 09/01/2010 | Julius Bär File Note titled "Contact report 01.09.10 Louise Whitestone telephone conversation with Daniel Feldman" | YUKJB0000183 | |
| RRR. | 04/09/2010 | Email from Sergei Ketcha to Manuela Ruedt | YUKJB0006742 | Hearsay, Relevance, Incomplete |
| SSS. | 08/07/2010 | Julius Bär File Note titled "07.08.10 Meeting" | YUKJB-0000151 – YUKJB-0000152 | |
| TTT. | 07/08/2010 | Finder Agreement | YUKJB-0000138 – YUKJB-0000144 | |
| UUU. | 08/04/2010 | Email from Bruce Misamore to Bernard O'Sullivan and others | YUKCMS0000768 – YUKCMS0000774 | Hearsay |
| VVV. | 08/09/2010 | Email from Daniel Feldman to Yvonne Jefferies | YUKCMS0000992 – YUKCMS0001006 | |
| WWW. | 08/13/2010 | Julius Bär File Note titled "13.08.10 FX confirmation" | YUKJB-0000172 – YUKJB-0000173 | |
| XXX. | 08/13/2010 | Julius Bär myCRM Note | YUKJB-0007199 – YUKJB-0007200 | |
| YYY. | 09/03/2010 | Letter to Louise Whitestone signed by Daniel Feldman | YUKJB-0000186 – YUKJB-0000189 | YUKJB-0000188 – YUKJB-0000189 – Relevance; Authenticity; Hearsay |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| ZZZ. | 09/09/2010 | Julius Bär myCRM Note | YUKJB-0000672 | |
| AAAA. | 12/15/2010 | Letter from Louise Whitestone to Daniel Feldman | YUKJB-0007336 | Authenticity; Hearsay |
| BBBB. | 02/02/2011 | Letter from Louise Whitestone to Daniel Feldman | FELDMAN-0165600 – FELDMAN-0165601 | |
| CCCC. | 04/08/2011 | Promissory Note | N/A – Exhibit 113 to Feldman Deposition | |
| DDDD. | 09/06/2011 | Email from Daniel Feldman to Louise Whitestone | YUKJB-0000324 – YUKJB-0000325 | |
| EEEE. | 12/01/2011 | Letter to Fair Oaks Trade and Invest Limited from Julius Bär | YUKJB-0000326 – YUKJB-0000343 | Relevance |
| FFFF. | 04/26/2012 | Julius Bär myCRM Note | YUKJB-0007744 – YUKJB-0007745 | |
| GGGG. | 10/14/2012 | Email from Marc Fleishman to Bruce Misamore and others | FELDMAN-0165602 – FELDMAN-0165603 | Relevance |
| HHHH. | 10/26/2012 | Email from Matthew Taylor to Dmitri Merinson and others | YUKMF0000023 – YUKMF0000025 | Hearsay; Relevance |
| IIII. | 02/11/2013 | Julius Bär myCRM Note | YUKJB-0007113 – YUKJB-0007114 | |
| JJJJ. | 02/11/2013 | Meeting Agenda | YUKJB-0000554 | Relevance; Authenticity; Hearsay |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| KKKK. | 02/25/2014 | Investment Review Meeting Notification | YUKMF0000012 – YUKMF0000013 | Relevance; Hearsay |
| LLLL. | 04/18/2017 | Email from Saira Choonka to Bernard O'Sullivan and others | YUKJB-0000003 – YUKJB-0000004 | Relevance; Authenticity; Hearsay |
| MMMM. | Undated | 2007 Tax Returns for 2004 Security Trust | FELDMAN-0165607 – FELDMAN-0165615 | Relevance; Hearsay |
| NNNN. | Undated | 2008 Tax Returns for 2004 Security Trust | FELDMAN-0165616 – FELDMAN-0165624 | Relevance; Hearsay |
| OOOO. | Undated | 2009 Tax Returns for 2004 Security Trust | FELDMAN-0165625-FELDMAN-0165633 | Relevance; Hearsay |
| PPPP. | Undated | 2010 Tax Returns for 2004 Security Trust | FELDMAN-0165634-FELDMAN-0165643 | Relevance; Hearsay |
| QQQQ. | Undated | 2012 Tax Returns for 2004 Security Trust | FELDMAN-0165644-FELDMAN-0165664 | Relevance; Hearsay |
| RRRR. | Undated | 2006 Tax Returns for 2004 Security Trust | FELDMAN-0165665-FELDMAN-0165676 | Relevance; Hearsay |
| SSSS. | Undated | 2011 Tax Returns for 2004 Security Trust | FELDMAN-0165677-FELDMAN-0165707 | Relevance; Hearsay |
| TTTT. | 12/31/2005 | YA Limited Draft Accounts | FELDMAN-0165708-FELDMAN-0165709 | Relevance; Hearsay |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| UUUU. | 04/12/2006 | Yukos Oil Company – Severance Arrangements Opinion | FELDMAN-0165713-FELDMAN-0165720 | Relevance; Hearsay; Authenticity |
| VVVV. | Undated | Yukos Posters | FELDMAN-0165721-FELDMAN-0165722 | Relevance; Hearsay; Authenticity |
| WWWW. | 06/16/2005 | Implementation Steps for Executive Service Agreements | FELDMAN-0165723-FELDMAN-0165724 | Relevance; Hearsay; Authenticity |
| XXXX. | 06/12/2008 | Email from David Godfrey to Bruce Misamore and others | FELDMAN-0165725-FELDMAN-0165739 | Relevance; Hearsay; FELDMAN-0165727-FELDMAN-0165739 - Incomplete |
| YYYY. | Undated | YA Limited Payment Documents | FELDMAN-0165740-FELDMAN-0165743 | Relevance; Hearsay; Authenticity |
| ZZZZ. | Various | YA Limited Severance Payment Documents | FELDMAN-0165744-FELDMAN-0165753 | Relevance; Hearsay; Authenticity |
| AAAAA. | Various | YA Limited Remuneration Documents | FELDMAN-0165754-FELDMAN-0165761 | Relevance; Hearsay; Authenticity |
| BBBBB. | 04/12/2007 | Retention Payments Memo | FELDMAN-0165762-FELDMAN-0165763 | Relevance; Hearsay; Authenticity |
| CCCCC. | 05/24/2005 | Executive Service Agreement between YA Limited and Steven M. Theede | FELDMAN-0165764-FELDMAN-0165778 | Relevance; Hearsay; Authenticity |
| DDDDD. | 12/21/2006 | Register of Executive Remuneration | FELDMAN-0165779 | Relevance; Hearsay; Authenticity |

<u>Yukos Capital SARL et al. v. Feldman</u>, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| EEEEE. | Undated | Notes Concerning YA Limited Payments | FELDMAN-0165780-FELDMAN-0165780 | Relevance; Hearsay; Authenticity |
| FFFFF. | Undated | Chart of Funds Received from FOTIL | FELDMAN-0165781 | Relevance; Hearsay; Authenticity |
| GGGGG. | Various | Printed Correspondence from Joe Brice | FELDMAN-0165782-FELDMAN-0165785 | Relevance; Hearsay; Authenticity |
| HHHHH. | Undated | Notes Concerning YA Limited Payments | FELDMAN-0165786-FELDMAN-0165789 | Relevance; Hearsay; Authenticity |
| IIIII. | 06/16/2005 | Staff Supply Agreement | FELDMAN-0165790-FELDMAN-0165822 | Relevance; Hearsay; Authenticity |
| JJJJJ. | 07/14/2005 | Agreement on Termination, Release, Waiver and Indemnity between YA Limited and Andrey Leonovich | FELDMAN-0165823-FELDMAN-0165829 | Relevance; Hearsay; Authenticity |
| KKKKK. | 05/24/2005 | Executive Service Agreement between YA Limited and Bruce K. Misamore | FELDMAN-0165830-FELDMAN-0165850 | Relevance; Hearsay; Authenticity |
| LLLLL. | 05/24/2005 | Executive Service Agreement between YA Limited and David Godfrey | FELDMAN-0165851-FELDMAN-0165866 | Relevance; Hearsay; Authenticity |
| MMMMM. | Undated | Chart of Emoluments for Employees of YAL for 2005 | FELDMAN-0165867 | Relevance; Hearsay; Authenticity |
| NNNNN. | 01/1/2010 | Employment Agreement Between David Godfrey and Yukos International UK B.V. | FELDMAN-0165868-FELDMAN-0165871 | Relevance; Hearsay; Authenticity |
| OOOOO. | Undated | Group Investment Policy | FELDMAN-0165872-FELDMAN-0165873 | Relevance; Hearsay; Authenticity |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
FELDMAN EXHIBIT LIST

| FELDMAN EXHIBIT NO. (DX-___) | DATE | DESCRIPTION | BATES RANGE | Objections |
|---|---|---|---|---|
| PPPPP. | 03/13/2015 | Email from Dmitri Merinson to Bruce Misamore and Steven Theede | N/A – Exhibit 9 to the Deposition of Bernard O'Sullivan | Relevance; Hearsay; Authenticity |
| QQQQQ. | 09/11/2015 | Notarial Statement of Dmitri Merinson | N/A – Exhibit 11 to the Deposition of Bernard O'Sullivan | Relevance; Hearsay; Authenticity |
| RRRRR. | 07/12/2017 | Declaration of Bernard O'Sullivan | N/A – Filed as Docket Entry 311 and marked as Exhibit 19 to the Deposition of Bernard O'Sullivan | |
| SSSSS. | Undated | Chart of Fees Paid by Yukos Group Entities | N/A – Exhibit 21 to the Deposition of Bernard O'Sullivan | Relevance |
| TTTTT. | 08/30/2016 | Letter from Bruce K. Misamore to Dmitri Merinson | N/A – Exhibit 25 to the Deposition of Bernard O'Sullivan | Relevance; Hearsay |
| UUUUU. | 10/04/2017 | Email from Sean Murphy to Robert Glunt with attachment | N/A – Exhibit 2 to the Deposition of Mark Nelson | Relevance; Hearsay |
| VVVVV. | 02/11/2014 | Account Agreement Amendment | YUK0011562 – YUK0011566 | Relevance; Hearsay |