# EXHIBIT D

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
## PLAINTIFFS' DEPOSITION DESIGNATIONS OF ATHANASIOS BASDEKIS

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 7:16 | 8:2 |
| 25:8 | 26:11 |
| 32:15 | 36:5 |
| 38:15 | 38:16 |
| 39:14 | 40:11 |
| 42:1 | 42:12 |
| 55:12 | 57:11 |
| 58:8 | 60:8 |
| 62:5 | 63:11 |
| 87:4 | 90:1 |
| 96:9 | 97:5 |
| 98:9 | 98:13 |
| 100:24 | 101:12 |
| 104:3 | 104:6 |
| 179:17 | 180:1 |
| 180:19 | 180:21 |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' DEPOSITION DESIGNATIONS OF RICHARD DEITZ**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 8:3 | 8:8 |
| 10:8 | 10:13 |
| 13:20 | 14:3 |
| 18:9 | 18:11 |
| 18:22 | 21:5 |
| 22:4 | 22:25 |
| 25:13 | 26:7 |
| 28:17 | 29:19 |
| 31:3 | 31:13 |
| 34:17 | 34:20 |
| 36:2 | 37:18 |
| 38:15 | 38:20 |
| 38:24 | 39:6 |
| 39:17 | 40:7 |
| 44:20 | 45:5 |
| 46:25 | 47:17 |
| 50:10 | 52:2 |
| 52:15 | 52:18 |
| 53:24 | 54:9 |
| 54:24 | 56:25 |
| 66:5 | 66:14 |
| 68:5 | 68:10 |
| 68:17 | 74:14 |
| 76:7 | 76:11 |
| 87:2 | 87:8 |
| 90:24 | 91:11 |
| 93:12 | 93:21 |
| 98:3 | 99:6 |
| 99:14 | 99:21 |
| 100:6 | 100:18 |
| 101:5 | 101:17 |

2

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' DEPOSITION DESIGNATIONS OF RICHARD DEITZ**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 102:6 | 102:6 |
| 102:16 | 102:21 |
| 109:9 | 109:14 |
| 109:19 | 111:9 |
| 112:5 | 112:21 |
| 113:15 | 116:5 |
| 118:9 | 118:22 |
| 120:3 | 121:9 |
| 127:10 | 127:22 |
| 130:13 | 130:21 |
| 134:19 | 134:25 |
| 135:9 | 136:17 |
| 137:5 | 142:22 |
| 152:5 | 152:19 |
| 153:6 | 154:24 |
| 157:15 | 158:20 |
| 167:4 | 168:19 |
| 169:14 | 169:20 |
| 170:17 | 173:4 |
| 177:10 | 177:20 |
| 178:18 | 179:3 |
| 180:6 | 184:21 |
| 185:11 | 185:12 |
| 186:13 | 186:18 |
| 187:5 | 188:8 |
| 195:2 | 197:8 |
| 197:24 | 202:7 |
| 205:22 | 208:18 |
| 210:7 | 210:19 |
| 212:7 | 213:3 |
| 216:2 | 216:6 |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' DEPOSITION DESIGNATIONS OF RICHARD DEITZ**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 217:5 | 217:10 |
| 221:11 | 221:19 |
| 238:3 | 238:7 |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' DEPOSITION DESIGNATIONS OF DANIEL FELDMAN**

| Beginning Page:Line | Ending Page:Line |
|---------------------|------------------|
| 104:12 | 105:5 |
| 105:18 | 105:25 |
| 136:6 | 137:4 |
| 389:15 | 390:3 |
| 440:14 | 443:14 |
| 496:16 | 497:3 |
| 505:20 | 506:6 |
| 510:14 | 512:17 |
| 513:6 | 514:13 |
| 521:10 | 522:22 |
| 532:6 | 532:11 |
| 533:7 | 533:12 |
| 535:10 | 536:17 |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
## PLAINTIFFS' DEPOSITION DESIGNATIONS OF MARC D. FREIBERGER

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 8:14 | 8:18 |
| 11:19 | 12:8 |
| 12:15 | 13:8 |
| 18:1 | 18:17 |
| 19:9 | 19:12 |
| 20:2 | 21:7 |
| 34:3 | 34:10 |
| 39:3 | 39:24 |
| 42:7 | 43:9 |
| 45:5 | 45:13 |
| 45:17 | 45:20 |
| 46:10 | 46:20 |
| 58:22 | 62:4 |
| 63:19 | 83:15 |
| 83:20 | 88:5 |
| 88:10 | 89:1 |
| 90:10 | 94:20 |
| 96:18 | 96:21 |
| 97:6 | 97:9 |
| 105:3 | 107:11 |
| 107:23 | 110:5 |
| 110:17 | 113:8 |
| 113:14 | 116:19 |

6

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' DEPOSITION DESIGNATIONS OF BRUCE MISAMORE**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 8:12 | 8:21 |
| 9:1 | 9:7 |
| 41:11 | 41:13 |
| 41:19 | 41:21 |
| 87:20 | 88:15 |
| 160:21 | 162:22 |
| 197:16 | 198:8 |
| 199:23 | 200:15 |
| 200:21 | 200:24 |
| 205:13 | 206:11 |
| 207:10 | 207:20 |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' DEPOSITION DESIGNATIONS OF LOUISE WHITESTONE**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 6:20 | 7:10 |
| 7:23 | 9:1 |
| 9:9 | 12:5 |
| 12:20 | 14:12 |
| 15:9 | 18:23 |
| 19:7 | 21:2 |
| 21:19 | 32:15 |
| 33:2 | 33:17 |
| 34:10 | 36:16 |
| 36:20 | 41:18 |
| 42:21 | 47:8 |
| 48:7 | 49:20 |
| 49:21 | 51:23 |
| 53:25 | 55:9 |
| 60:10 | 62:15 |
| 83:3 | 83:21 |
| 91:7 | 91:18 |
| 101:25 | 105:11 |
| 107:6 | 107:19 |