# EXHIBIT E

Defendant Daniel Feldman ("Feldman") proposes to use the following deposition testimony at trial in his case in chief, to the extent that live witnesses are not available or otherwise permitted by Fed. Civ. P. 32.

| Deposition | Testimony |
| --- | --- |
| Deposition of Athanasios Basdekis<br>Dated June 22, 2016 | 13:6-14:2;<br>25:8-22;<br>26:9-11;<br>48:10-49:3;<br>106:24-108:9;<br>109:5-8 |
| Deposition of Richard Deitz<br>Dated July 21, 2016 | 36:2-25;<br>40:8-41:25;<br>46:25-49:16;<br>77:3-6;<br>132:19 - 135:4 |
| Deposition of Marc Fleischman<br>Dated June 23, 2016 | 21:9-22:3;<br>36:7-14;<br>57:17-24;<br>78:6-16;<br>119:10-121:15;<br>123:18-23;<br>124:6-125:7; |
| Deposition of David Godfrey<br>Dated January 11, 2016 | 8:4-10:20;<br>14:14-15:5;<br>15:25-16:10;<br>26:21-27:9; |

| Deposition | Testimony |
|---|---|
| Deposition of David Godfrey<br>Dated June 7, 2016 | 200:5-13;<br>200:13-22;<br>246:2-247:10;<br>247:13-23;<br>251:15-252:18;<br>253:4-19;<br>313:18-314:24;<br>317:8-18;<br>321:16-22;<br>349:10-350:9;<br>367:14-17;<br>382:2-20;<br>400:4-7;<br>440:10-442:4; |
| Deposition of Bruce Misamore<br>Dated July 6, 2016 | 8:12-9:12;<br>39:4-17;<br>40:13-20;<br>188:23-189:14;<br>192:7-193:4;<br>195:16-23;<br>197:16-198:15;<br>218:4-25;<br>232:20-233:12; |
| Deposition of Mark Nelson<br>Dated November 6, 2017 | 5:19-20<br>7:12-19<br>9:10-10:25<br>21:21-22:11<br>25:8-13<br>26:11-24 |

| Deposition | Testimony |
|---|---|
|  | 28:22-29:12 |
|  | 40:22-41:7 |
|  | 41:11-15 |
|  | 45:4-19 |
|  | 53:24-55:5 |
|  | 56:11-21 |
| Deposition of Bernard O'Sullivan Dated October 23, 2017 | 5:4-21 |
|  | 8:20-23 |
|  | 16:22-24 |
|  | 29:2-33:23 |
|  | 34:18-36:10 |
|  | 36:11-21 |
|  | 44:5-14 |
|  | 46:22-48:3 |
|  | 48:4-49:11 |
|  | 49:12-14 |
|  | 52:23-52:25 |
|  | 53:18-24 |
|  | 55:11-56:7 |
|  | 56:16-24 |
|  | 57:15-23 |
|  | 60:7-18 |
|  | 62:4-16 |
|  | 68:3-70:6 |
|  | 73:24-74:5 |
|  | 74:11-25 |
|  | 85:13-86:3 |
|  | 89:8-23 |
|  | 92:20-93:3 |
|  | 96:8-13 |

| Deposition | Testimony |
|---|---|
| | 96:24-97:7 |
| | 97:24-98:18 |
| | 98:19-100:11 |
| | 102:21-103:2 |
| | 107:18-22 |
| | 111:8-11 |
| | 115:25-116:10 |
| | 116:20-117:16 |
| | 119:10-120:3 |
| | 120:4-14 |
| | 121:16-122:11 |
| | 125:24-126:5 |
| | 136:14-137:13 |
| | 139:16-140:4 |
| | 143:16-144:5 |
| | 144:18-155:5 |
| | 147:7-10 |
| | 147:11-25 |
| | 149:16-18 |
| | 153:5-155:8 |
| | 162:22-164:4 |
| | 164:17-165:5 |
| | 165:6-166:9 |
| | 167:8-14 |
| | 171:11-172:9 |
| | 197:14-198:17 |
| | 199:5-8 |
| | 241:16-18 |
| | 267:9-20 |
| | 273:17-24 |

| Deposition | Testimony |
|---|---|
| | 274:17-25<br>275:2-7 |
| Deposition of Martin Parr<br>Dated June 30, 2016 | 8:7-24;<br>157:4-13;<br>157:23-158:6;<br>166:6-18;<br>203:8-204:9;<br>204:11-205:13;<br>206:25-207:19;<br>208:12-16;<br>209:7-210:17;<br>240:21-241:25;<br>249:12-20;<br>250:18-22; |
| Deposition of Steven Theede<br>Dated June 28, 2016 | 23:23-26:7;<br>30:3-32:8;<br>60:9-61:19;<br>78:25-79:24;<br>111:13-112:4;<br>140:15-142:6 |

| Deposition | Testimony |
|---|---|
| Deposition of Louise Whitestone Dated January 18, 2018 | 6-14 |
| | 6:20-7:14 |
| | 21:18-22:10 |
| | 26:17-26:1 |
| | 27:2-25 |
| | 39:3-19 |
| | 39:23-40:8 |
| | 48:10-49:16 |
| | 54:4-55:22 |
| | 63:9-64:4 |
| | 67:22-68:14 |
| | 69:15-71:7 |
| | 72:9-73:13 |
| | 73:14-74:24 |
| | 75:5-11 |
| | 76:5-77:2 |
| | 79:25-80:23 |
| | 81:12-82:14 |
| | 82:18-83:2 |
| | 83:3-83:12 |
| | 84:8-13 |
| | 85:5-87:3 |
| | 87:22-88:12 |
| | 88:13-17 |
| | 90:10-17 |
| | 94:10-95:7 |