# EXHIBIT F

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' COUNTER-DESIGNATIONS TO DEFENDANT'S
DEPOSITION DESIGNATIONS OF MARTIN PARR**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 242:2 | 242:7 |
| 246:9 | 247:9 |
| 248:17 | 249:11 |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' COUNTER-DESIGNATIONS TO DEFENDANT'S
DEPOSITION DESIGNATIONS OF DAVID GODFREY**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 200:23 | 201:7 |
| 251:11 | 251:14 |
| 316:3 | 316:16 |
| 316:25 | 317:7 |
| 321:23 | 322:7 |

*Yukos Capital SARL et al. v. Feldman*, No. 15-4964-LAK
**PLAINTIFFS' COUNTER-DESIGNATIONS TO DEFENDANT'S
DEPOSITION DESIGNATIONS OF RICHARD DEITZ**

| Beginning Page:Line | Ending Page:Line |
|---|---|
| 135:8 | 136:4 |