UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
YUKOS CAPITAL SARL, YUKOS
HYDROCARBONS INVESTMENTS LIMITED,
STICHTING ADMINISTRATIEKANTOOR
YUKOS INTERNATIONAL, STICHTING
ADMINISTRATIEKANTOOR FINANCIAL
PERFORMANCE HOLDINGS, LUXTONA
LIMITED and MARC FLEISCHMAN, TRUSTEE
OF THE 2015SECURITY TRUST, as successor in
interest to the 2004 SECURITY TRUST,

                              Plaintiffs,

              -against-                                        15-cv-04964 (LAK)

DANIEL CALEB FELDMAN,

                              Defendant.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       In accordance with the mandate of the Court of Appeals, the Clerk shall enter judgment dismissing the claims of Stichting Administratiekantoor Yukos International and Stichting Administratiekantoor Financial Performance Holdings against Daniel Caleb Feldman for breach of fiduciary duty regarding the Julius Baer Scheme.

       SO ORDERED.

Dated:      November 1, 2021

                                                               Lewis A. Kaplan
                                                 United States District Judge