**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

YUKOS CAPITAL SARL, YUKOS
HYDROCARBONS INVESTMENTS LIMITED,
STICHTING ADMINISTRA TIEKANTOOR
YUKOS INTERNATIONAL, STICHTING
ADMINISTRA TIEKANTOOR FINANCIAL
PERFORMANCE HOLDINGS, LUXTONA
LIMITED and MARC FLEISCHMAN, TRUSTEE
OF THE 2015SECURITY TRUST, as successor in
interest to the 2004 SECURITY TRUST,

                Plaintiffs,                15 **CIVIL** 4964 (LAK)

    -against-                        **JUDGMENT**

DANIEL CALEB FELDMAN,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 1, 2021, in accordance with the mandate of the Court of Appeal, the claims of Stichting Administratiekantoor Yukos International and Stichting Administratiekantoor Financial Performance Holdings against Daniel Caleb Feldman for breach of fiduciary duty regarding the Julius Baer Scheme are dismissed.

**Dated:**  New York, New York
           November 8, 2021

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                      **BY:**
                                                          **Deputy Clerk**